DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRYAN BENNETT,**
Appellant,

v.

**PATRICIA FYE** and **BAILEE FYE,**
Appellees.

Nos. 4D17-2224 & 4D17-2240

[October 4, 2018]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case Nos. 502016DR004611 and 502016DR004630.

Barbara J. Scheffer, Palm Beach Gardens, for appellant.

Louise A.D. Jones of Louise A.D. Jones, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***